Robert C. Moest, Of Counsel, SBN 62166
**THE BROWN LAW FIRM, P.C.**
2530 Wilshire Boulevard, Second Floor
Santa Monica, California 90403
Telephone: (310) 915-6628
Facsimile: (310) 915-9897
Email: RMoest@aol.com

*Counsel for Plaintiff*

[Additional Counsel on Signature Page]

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE WORKHORSE GROUP INC. DERIVATIVE LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | Lead Case No. 2:21-cv-04202-GW-KS<br><br>**JOINT STIPULATION TO STAY PROCEEDINGS**<br><br>Action Filed: May 19, 2021 |

WHEREAS, Plaintiffs Barry Caruso, Mark Kistenmacher, and David Brown (together, "Plaintiffs") each filed putative stockholder derivative actions on May 19, 2021, May 24, 2021, and June 3, 2021, respectively, on behalf of Nominal Defendant Workhorse Group Inc. ("Workhorse" or the "Company") against Defendants Duane A. Hughes, Steve Schrader, Raymond Chess, Gerald B. Budde, H. Benjamin Samuels, Harry DeMott, Michael L. Clark, Pamela S. Mader, and Jacqueline A. Dedo (the "Individual Defendants," and together with Workhorse, "Defendants") (collectively with Plaintiffs, the "Parties");

WHEREAS, on June 21, 2021, the Court issued an Order Consolidating Related Actions and Appointing Co-Lead Counsel, which consolidated Plaintiffs' respective derivative actions into the above-captioned derivative case (the "Derivative Action") and

required the parties to submit a proposed scheduling order to the Court on or before August 20, 2021;

WHEREAS, an earlier-filed and factually related securities class action is pending in the United States District Court for the Central District of California, captioned *Sam Farrar v. Workhorse Group, Inc. et al*, Case No. 2:21-cv-02072-CJC-PVC (C.D. Cal.) (the "Securities Class Action") in which the plaintiffs assert federal securities claims against the Company and certain of its officers and directors (many of whom are defendants in the Derivative Action);

WHEREAS, on September 3, 2021, defendants in the Securities Class Action filed a motion to dismiss the first Amended Complaint filed in that action;

WHEREAS, there is substantial overlap between the facts and circumstances alleged in the Derivative Action and the Securities Class Action;

WHEREAS, counsel for the Parties in the Derivative Action have conferred regarding the status of this litigation and the appropriate next steps;

WHEREAS, based upon the overlapping parties and factual allegations contained in the Derivative Action and the Securities Class Action, and to avoid the unnecessary expenditure of judicial resources, the Parties have agreed, subject to this Court's approval, that all proceedings and deadlines in the Derivative Action should be temporarily stayed, pending resolution of the motion to dismiss filed in the Securities Class Action;

WHEREFORE, the Parties, through their undersigned counsel, hereby agree, stipulate, and respectfully request that the Court enter an order as follows:

1. All proceedings, including any motions practice, obligation to respond to the complaints and any amended complaint in the Derivative Action shall be temporarily stayed until the resolution of the motion to dismiss in the Securities Class Action.

2. Defendants shall promptly notify Plaintiffs should they become aware of any related derivative lawsuits ("Related Derivative Action") or threatened, related derivative

lawsuits, including books and records demands or litigation demands ("Threatened, Related Derivative Actions").

3. Defendants shall promptly notify Plaintiffs if a Related Derivative Action is not stayed for a similar or longer duration than the stay of the Derivative Action.

4. If a Related Derivative Action, wherever instituted, is not stayed for the same or longer duration than the stay of the Derivative Action, Plaintiffs shall have the option to terminate the stay by giving thirty (30) days' notice to counsel for Defendants via email.

5. In the event that Defendants agree to terms or conditions in connection with any stipulation, agreement, or motion to stay a related derivative action that are more favorable to the plaintiff(s) therein, those more favorable terms or conditions shall be deemed incorporated into this agreement.

6. Defendants shall include Plaintiffs in any mediation or formal settlement talks with the plaintiffs in the Securities Class Action, any purported plaintiff in any Related Derivative Actions, or any purported shareholder in any Threatened, Related Derivative Actions.

7. While this stipulation is in effect, and subject to the execution of an appropriate confidentiality agreement and/or protective order, Defendants shall promptly produce to Plaintiffs copies of any documents, written discovery, and deposition transcripts produced in the Securities Class Action, any Related Derivative Actions, or any Threatened, Related Derivative Actions.

8. Notwithstanding this stay, Plaintiffs may file an amended complaint, although Defendants shall be under no obligation to respond to the amended complaint during the pendency of the stay.

9. Within fourteen (14) days of the date that the stay is lifted, the Parties shall meet and confer and submit a proposed scheduling order governing further proceedings in the Derivative Action.

10. After the stay is lifted, Defendants shall not move to stay the Derivative

Action in deference to any other derivative action.  However, by so agreeing, Defendants do not waive their right to move to dismiss the Derivative Action for improper venue or inconvenient forum.

**IT IS SO STIPULATED.**

Respectfully Submitted By:

DATED: September 17, 2021  **THE BROWN LAW FIRM, P.C.**

*/s/ Robert C. Moest*
Robert C. Moest, Of Counsel, SBN 62166
2530 Wilshire Boulevard, Second Floor
Santa Monica, California 90403
Telephone: (310) 915-6628
Facsimile: (310) 915-9897
Email: RMoest@aol.com

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Co-Lead Counsel for Plaintiffs*

DATED: September 17, 2021  **THE ROSEN LAW FIRM, P.A.**

*/s/ Laurence M. Rosen*
Laurence M. Rosen, SBN 219683
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Co-Lead Counsel for Plaintiffs*

| | |
|---|---|
| DATED: September 17, 2021 | */s/ Lee Squitieri*<br>**SQUITIERI & FEARON, LLP**<br>Lee Squitieri<br>32 East 57th Street, 12th Floor<br>New York, New York 10022<br>Telephone: (212) 421-6492<br>Facsimile: (212) 421-6553<br>Email: Lee@SFclasslaw.com<br><br>*Co-Lead Counsel for Plaintiffs* |
| DATED: September 17, 2021 | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**<br><br>*/s/ Bridget J. Russel*<br>Bridget J. Russel, Cal. Bar No. 288107<br>John P. Stigi III, Cal. Bar No. 208342<br>Gian A. Ryan, Cal Bar No. 334599<br>1901 Avenue of the Stars, Suite 1600<br>Los Angeles, CA 90067<br>Telephone: (310) 228-3700<br>Facsimile: (310) 228-3701<br>Emails: brussel@sheppardmullin.com<br>           jstigi@sheppardmullin.com<br>           gryan@sheppardmullin.com<br><br>*Counsel for Defendants* |

**JOINT STIPULATION TO STAY PROCEEDINGS**

## SIGNATURE ATTESTATION

I, Robert C. Moest, am the ECF User whose ID and password are being used to file this Joint Stipulation to Stay Proceedings. In compliance with Civil L.R. 5-4.3.4(a)(2)(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: September 17, 2021          By: */s/ Robert C. Moest*
                                                      Robert C. Moest