# JS-6

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WORKHORSE GROUP INC. DERIVATIVE LITIGATION | Lead Case No. 2:21-cv-04202-CJC-PVC |
| | **ORDER STAYING PROCEEDINGS** |
| This Document Relates to: | Action Filed: May 19, 2021 |
| ALL ACTIONS | |

Pursuant to the Joint Stipulation to Stay Proceedings filed by the parties to the above-captioned action (the "Derivative Action"), and good cause appearing, IT IS HEREBY ORDERED THAT:

1. All proceedings, including any motions practice, obligation to respond to the complaints and any amended complaint in the Derivative Action shall be temporarily stayed until the resolution of the motion to dismiss in the securities class action styled as *Sam Farrar v. Workhorse Group, Inc. et al*, Case No. 2:21-cv-02072-CJC-PVC (C.D. Cal.) (the "Securities Class Action").

2. Defendants shall promptly notify Plaintiffs should they become aware of any related derivative lawsuits ("Related Derivative Action") or threatened, related derivative lawsuits, including books and records demands or litigation demands ("Threatened, Related Derivative Actions").

3. Defendants shall promptly notify Plaintiffs if a Related Derivative Action is not stayed for a similar or longer duration than the stay of the Derivative Action.

4. If a Related Derivative Action, wherever instituted, is not stayed for the same or longer duration than the stay of the Derivative Action, Plaintiffs shall have the option to terminate the stay by giving thirty (30) days' notice to counsel for Defendants via email.

5. In the event that Defendants agree to terms or conditions in connection with any stipulation, agreement, or motion to stay a related derivative action that are more favorable to the plaintiff(s) therein, those more favorable terms or conditions shall be deemed incorporated into the parties' agreement.

6. Defendants shall include Plaintiffs in any mediation or formal settlement talks with the plaintiffs in the Securities Class Action, any purported plaintiff in any Related Derivative Actions, or any purported shareholder in any Threatened, Related Derivative Actions.

7. While this Order is in effect, and subject to the execution of an appropriate confidentiality agreement and/or protective order, Defendants shall promptly produce to

Plaintiffs copies of any documents, written discovery, and deposition transcripts produced in the Securities Class Action, any Related Derivative Actions, or any Threatened, Related Derivative Actions.

8. Notwithstanding this stay, Plaintiffs may file an amended complaint, although Defendants shall be under no obligation to respond to the amended complaint during the pendency of the stay.

9. Within fourteen (14) days of the date that the stay is lifted, the parties shall meet and confer and submit a proposed scheduling order governing further proceedings in the Derivative Action.

10. After the stay is lifted, Defendants shall not move to stay the Derivative Action in deference to any other derivative action. However, by so agreeing, Defendants do not waive their right to move to dismiss the Derivative Action for improper venue or inconvenient forum.

**IT IS SO ORDERED.**

Dated: September 20, 2021   By: _____
The Honorable Cormac J. Carney
Judge, United States District Court