# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| IN RE WORKHORSE GROUP INC. DERIVATIVE LITIGATION | Lead Case No. 2:21-cv-04202 CJC(PVCx) |
| This Document Relates to: | **ORDER** |
| ALL ACTIONS | |

Upon the stipulation of the parties, and for good cause shown, IT IS ORDERED:

The actions shall be dismissed with prejudice.

Dated: July 24, 2023

HON. CORMAC J. CARNEY
UNITED STATES DISTRICT COURT